**STATE of Missouri, Respondent,**

v.

**Devonta LATCHISON, Appellant.**

**ED 103521**

Missouri Court of Appeals,
Eastern District,
DIVISION ONE.

Filed: August 23, 2016

Motion for Rehearing and/or Transfer to Supreme Court Denied
September 27, 2016

Application for Transfer Denied
December 20, 2016

Shaun J. Mackelprang, Assistant Attorney General, Jefferson City, MO, for respondent.

Randall G. Brachman, Assistant Public Defender, St. Louis, MO, for appellant.

Before Robert M. Clayton III, P.J., Mary K. Hoff, J., and Lisa P. Page, J.

## ORDER

PER CURIAM.

Devonta Latchison appeals from his conviction of both robbery in the first degree and armed criminal action. We affirm.

The judgment of the trial court is supported by substantial evidence, and the trial court did not clearly err. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 30.25(b).